400 A.2d 640

Commonwealth ,v. Moyer, Appellant.

Submitted June 13, 1977. Dennis O. Reiter, Assistant Public Defender, for appellant; Charles C. Brown, Jr., District Attorney, for Commonwealth, appellee.

This appeal being untimely under Pa.R.A.P. 903(a), it is quashed. *Commonwealth v. Wilkinson,* 260 Pa.Super. 77, 393 A.2d 1020 (1978).

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 641

Commonwealth v. Myers, Appellant.

Submitted September 12, 1978. Joseph W. Mullin, Public Defender, for appellant; Stewart L. Kurtz, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.